**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  WILLIE C RODGERS  §  Case No.: 08-04381
       ONEIDA R RODGERS  §

       Debtor(s)  §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2008.

2) This case was confirmed on 08/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/28/2009.

5) The case was dismissed on 10/28/2009.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    34,275.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,198.32 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 28,198.32 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,849.20 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,075.22 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,924.42 |
| Attorney fees paid and disclosed by debtor | $ 1,650.80 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 398.14 | 462.80 | 462.80 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 941.44 | 957.57 | 957.57 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 9,781.21 | 9,781.21 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,305.93 | 1,243.64 | 1,243.64 | .00 | .00 |
| OLD REPUBLIC EQUITY | SECURED | 9,175.00 | 3,319.49 | .00 | 3,212.85 | .00 |
| OLD REPUBLIC EQUITY | SECURED | 1,181.00 | 1,000.68 | 1,000.68 | 448.67 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,317.44 | 1,390.20 | 1,390.20 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | NA | 461.62 | 461.62 | .00 | .00 |
| ACCOUNTS RECEIVABLE | UNSECURED | 1,396.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 625.09 | 574.13 | 574.13 | .00 | .00 |
| ASPEN | UNSECURED | 580.43 | NA | NA | .00 | .00 |
| ASPEN | OTHER | NA | NA | NA | .00 | .00 |
| ASPEN | OTHER | NA | NA | NA | .00 | .00 |
| ASSOCIATED RECOVERY | UNSECURED | 2,340.49 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,202.78 | 2,279.53 | 2,279.53 | .00 | .00 |
| CARSON PIRIE SCOTT R | UNSECURED | 339.11 | NA | NA | .00 | .00 |
| CASH TO GO | UNSECURED | 622.57 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,125.00 | 1,605.00 | 1,605.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 480.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |
| CITY CHICAGO DEPT OR | OTHER | NA | NA | NA | .00 | .00 |
| COLDATA INC | UNSECURED | 710.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 57.93 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,092.76 | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 435.90 | NA | NA | .00 | .00 |
| EQUITY ONE | UNSECURED | 7,375.61 | NA | NA | .00 | .00 |
| FASHION BUG | UNSECURED | 1,175.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 10,000.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | OTHER | NA | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 4,000.00 | 8,822.96 | 8,822.96 | .00 | .00 |
| GMAC | OTHER | NA | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| HINSDALE BANK & TRUS | UNSECURED | 7,175.00 | 7,174.13 | 7,174.13 | .00 | .00 |
| HOME DEPOT | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 527.90 | 556.90 | 556.90 | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | OTHER | NA | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| MAX FLOW CORP | UNSECURED | 963.18 | 709.68 | 709.68 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 362.43 | 657.81 | 657.81 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 954.07 | 954.07 | 954.07 | .00 | .00 |
| ECAST SETTLEMENT COR | OTHER | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,255.23 | NA | NA | .00 | .00 |
| LHR INC | UNSECURED | 271.29 | NA | NA | .00 | .00 |
| LHR INC | OTHER | NA | NA | NA | .00 | .00 |
| MCI | UNSECURED | 376.30 | NA | NA | .00 | .00 |
| NATIONWIDE COLLECTIO | UNSECURED | 314.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 282.00 | NA | NA | .00 | .00 |
| PARBALL CORPORATION | UNSECURED | 140.39 | NA | NA | .00 | .00 |
| PARBALL CORPORATION | OTHER | NA | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,439.00 | NA | NA | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 273.96 | 475.28 | 475.28 | .00 | .00 |
| T MOBILE | UNSECURED | 1,669.89 | 1,493.70 | 1,493.70 | .00 | .00 |
| T MOBILE | OTHER | NA | NA | NA | .00 | .00 |
| THE ANSWER | UNSECURED | 935.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 630.00 | 630.00 | 630.00 | .00 | .00 |
| VILLAGE OF ORLAND PA | UNSECURED | 250.00 | 200.00 | 200.00 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 658.97 | .00 | 507.81 | 163.03 | .00 |
| EVERGREEN FINANCE | SECURED | 100.03 | .00 | 100.03 | 29.94 | 6.80 |
| NEW AGE FURNITURE | SECURED | 28.31 | .00 | 28.31 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| OAK FINANCIAL | SECURED | 5,874.44 | 7,342.54 | 5,874.44 | 1,995.12 | .00 |
| IRA T NEVEL | OTHER | NA | NA | NA | .00 | .00 |
| ARONSON FURNITURE | SECURED | 16.90 | .00 | 16.90 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 78,861.27 | 70,926.80 | .00 | 17,510.10 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | 7,190.00 | 2,023.78 | 2,023.78 | 907.39 | .00 |
| FISHER & SHAPIRO | OTHER | NA | NA | NA | .00 | .00 |
| HOMESIDE LENDING INC | OTHER | NA | NA | NA | .00 | .00 |
| GREGORY S MASLER ESQ | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,282.00 | 10,497.93 | 10,497.93 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 6,914.94 | 6,505.16 | 6,505.16 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 874.92 | 874.92 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | NA | 13,147.35 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 326.18 | 326.18 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 689.51 | 689.51 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 974.96 | 974.96 | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| EQUIFAX CHECK SERVIC | UNSECURED | 115.10 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | 20,722.95 | .00 |
| Mortgage Arrearage | 3,024.46 | 1,356.06 | .00 |
| Debt Secured by Vehicle | 100.03 | 29.94 | 6.80 |
| All Other Secured | 6,427.46 | 2,158.15 | .00 |
| **TOTAL SECURED:** | 9,551.95 | 24,267.10 | 6.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 11,187.44 | .00 | .00 |
| **TOTAL PRIORITY:** | 11,187.44 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 49,111.45 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,924.42 |
| Disbursements to Creditors | $ | 24,273.90 |
| **TOTAL DISBURSEMENTS:** | $ | 28,198.32 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/13/2010                                        /s/ Tom Vaughn
                                                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**